**Alfredo ALBIDREZ, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

No. 28609.

Court of Criminal Appeals of Texas.

Nov. 21, 1956.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Appellant was convicted, under multiple counts of the information, of three separate offenses of selling beer in a dry area and his punishment was assessed at fines in the total amount of $750.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.